# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 12, 2022

Lyle W. Cayce
Clerk

No. 21-20536

Daniel Ramirez,

*Plaintiff—Appellant*,

*versus*

Paloma Energy Consultants, L.P.,

*Defendant—Appellee*,

consolidated with

No. 21-20665

Daniel Ramirez,

*Plaintiff—Appellant*,

*versus*

Talos Energy, L.L.C.; Talos Gulf Coast Offshore,
L.L.C.; Talos Energy Offshore, L.L.C.,

*Defendants—Appellees*.

No. 21-20536
c/w No. 21-20665

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 4:20-CV-1698

Before JONES, SOUTHWICK, and HO, *Circuit Judges*.
PER CURIAM:*

After review of the briefs and record, and having the benefit of oral argument, we conclude the district court properly granted summary judgment. The plaintiff did not show the existence of a genuine dispute of material fact as to the causation element of his negligence claims. While the district court did not analyze causation as to all defendants, "[w]e may affirm the district court's decision on any basis established by the record." *See United States v. Pack*, 612 F.3d 341, 347 (5th Cir. 2010).

In the absence of evidence sufficient to find causation from the actions of any defendant, the plaintiff's claims fail. AFFIRMED.

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.